

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Steven J. Luckner
steven.luckner@ogletree.com

October 8, 2020

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

   Re: Lear v. Royal Caribbean Cruises LTD et al.
     Case No. 20-cv-4660 (GHW)

Dear Judge Woods:

  This firm represents Defendants Royal Caribbean Cruises LTD ("RCCL"), Gregory Brown, Robert Kling (i/s/a Robert King) and Grisel Garcia Rodriguez (collectively the "Defendants") in the above-referenced action. During the pre-motion conference held before Your Honor on September 30, 2020 a briefing schedule was set for Defendants' 12(b)(2) motion to dismiss for lack of personal jurisdiction or alternatively to transfer venue. The motion schedule was set as follows: moving papers to be filed on October 9, 2020; opposition papers to be filed by October 23, 2020; reply papers to be filed on October 30, 2020.

  The parties have recently engaged in settlement discussions and would like to push back the briefing schedule for two weeks, as set forth below, to allow the parties time to complete settlement negotiations:

- Moving papers to be filed on October 23, 2020;
- Opposition papers to be filed on November 6, 2020;
- Reply papers, if any, to be filed on November 13, 2020.

No other currently scheduled dates will be affected by this change.

  If the Court has any questions, please do not hesitate to contact the undersigned.

A South Carolina Professional Corporation ▪ Peter O. Hughes ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Honorable Gregory H. Woods
October 8, 2020
Page 2

                                                      Respectfully submitted,

                                                      /s/ *Steven J. Luckner*

                                                      Steven J. Luckner

cc:   Counsel of Record (via ECF)

44510066.1