**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------
KENNETH LEAR,

                Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
d/b/a ROYAL CARIBBEAN
INTERNATIONAL, GREGORY BROWN,
individually, ROBERT KING, individually,
and GRISEL GARCIA RODRIGUEZ,
individually

                Defendants.

-------------------------------------------------------

Case No. 1:20-cv-04660-GHW

**DECLARATION OF GRISEL GARCIA RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, GRISEL GARCIA RODRIGUEZ, declare as follows:

1. I am currently a PEME Nurse Specialist for Royal Caribbean Cruises Ltd. ("RCCL"). I submit this declaration in support of Defendants' Motion to Dismiss. This declaration is based upon my personal knowledge of the facts set forth herein, unless otherwise indicated.

2. At all relevant time periods I have resided in the State of Florida.

3. As part of my duties and responsibilities as a PEME Nurse Specialist, I correspond with applicants regarding their pre-employment medical testing.

4. As part of my duties and responsibilities, I corresponded with Plaintiff via electronic mail regarding his pre-employment medical testing.

5. I have never met Plaintiff in person.

6. I have never traveled to New York to meet with Plaintiff.

1

7. In or around May 2018, I advised Plaintiff via electronic mail that his self-reported blood test results would not meet RCCL's minimum requirements and he would not be able to move forward with the medical clearance process until they improved.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed:   October 23, 2020
            Miami, Florida

DocuSigned by:

*Grisel Garcia Rodriguez*

3F80703F2170403

Grisel Garcia Rodriguez

44478500.1

2